(June 17, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUSTER GAINEY, Appellant.—Ordered that, on the court's own motion, the decision and order of this court dated May 26, 1987 is recalled and vacated, and the following is substituted therefor:

Appeal by the defendant from two judgments of the Supreme Court, Kings County (Marano, J.), both rendered July 15, 1983.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.

(June 22, 1987)

■ LOUIS AVILES, Appellant, v STATE OF NEW YORK, Respondent.—In a claim to recover damages, *inter alia,* for malicious prosecution and false imprisonment, the claimant appeals from an order of the Court of Claims (McCabe, J.), dated August 15, 1986, which granted the State of New York's motion to dismiss the claim.

Ordered that the order is affirmed, without costs or disbursements.

The Court of Claims correctly dismissed the instant claim since, under the circumstances presented, the claimant's confinement did not give rise to an actionable wrong. Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.